On respondent Pathology Consultant's reconsideration filed February 7, of opinion on reconsideration filed January 25 (66 Or App 725, 676 P2d 880 (1984)), affirmed without opinion September 28, 1983 (64 Or App 855, 669 P2d 843), reconsideration allowed; opinion modified April 4, 1984

JEFFERIS,
*Appellant,*

*v.*

MARZANO et al,
*Respondents.*

(16-79-93226; CA A21703)

Patrick J. Kouba, and Atherly, Butler & Burgott, Eugene for respondent Pathology Consultants' petition.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

ROSSMAN, J.

**ROSSMAN, J.**

We grant Pathology Consultants' petition for reconsideration for the limited purpose of modifying our previous opinion so that it reflects that our reversal of the trial court judgment only applies to defendant Marzano. The evidentiary error which necessitated that reversal was unrelated to Pathology Consultants, so the trial court judgment should have been affirmed as to that defendant. *Elliot v. Callan,* 255 Or 256, 466 P2d 600 (1970). The former opinion is adhered to in all other respects.

Petition for reconsideration allowed; opinion on reconsideration modified to reflect that the trial court judgment is affirmed with respect to Pathology Consultants.